### Leonard Killey, Appellant, v. Brown Lynch Scott Company, Appellee.

**Gen. No. 9,586.**

opinion filed February 14, 1941; rehearing denied April 2, 1941. Charles E. Lauder and Frederick H. Lauder, for appellant; Safford, Kritzer & Fulton and M. G. Soule, for appellee. Opinion by PRESIDING JUSTICE WOLFE. ''Not to be published in full.''